**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

IGNACIO RUBEN OSUNA GARCIA, )
)
Petitioner, )
)
v. ) Case No. CIV-26-2570-J
)
FRED FIGUEROA, et al., )
)
Respondents. )

**ORDER**

Petitioner Ignacio Ruben Osuna Garcia is currently in the custody of Immigration and Customs Enforcement. He has filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] and an *ex parte* Emergency Motion for Temporary Restraining Order and Stay of Removal [Doc. No. 11]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Maxfield issued a Report and Recommendation recommending that Petitioner's *ex parte* Emergency Motion for Temporary Restraining Order and Stay of Removal be denied [Doc. No. 15] and no party objected by the October 21, 2026 deadline. Thus, all have waived de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 15] is ADOPTED and Petitioner's *ex parte* Emergency Motion for Temporary Restraining Order and Stay of Removal [Doc. No. 11] is DENIED. This matter remains referred to Judge Maxfield.

IT IS SO ORDERED this 22nd day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE